IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 07 C 1154<br>) |
| v. | ) Magistrate Judge Gorman<br>) |
| AUTOZONE, INC. | )<br>) |
| Defendant. | )<br>) |

## MOTION IN LIMINE - #1

## MOTION TO EXCLUDE WITNESSES FROM THE COURTROOM DURING TRIAL

NOW COMES Defendant, AUTOZONE, INC., by and through its attorneys, Joseph F. Spitzzeri and Christopher J. Carlos of JOHNSON & BELL, LTD., and hereby move this Honorable Court for the entry of an Order, *in limine*, excluding plaintiff's and defendant's witnesses from the courtroom during trial.

At the request of a party, the court shall order witnesses excluded from the court during the taking of testimony and removed to some place where they cannot hear the testimony of any other witnesses in the case. Fed. R. Evid. 615; *U.S. v. Olofson*, 563 F.2d 652, 660 (7th Cir. 2009). The exclusion of witnesses rests in the discretion of the district court. *Olofson*, 563 F.2d at 660.

Plaintiff's suit involves genuine issues of fact regarding causation, liability and damages. It is imperative that plaintiff's and defendant's witnesses testify from their own personal knowledge without the benefit of the testimony which preceded them.

WHEREFORE, Defendant, AUTOZONE, INC., requests an order, *in limine*, barring witnesses from the courtroom in accordance with this Motion.

>                         By: /s/ Joseph F. Spitzzeri
>                             Joseph F. Spitzzeri
>                             Attorneys Autozone, Inc.

Joseph F. Spitzzeri
Christopher J. Carlos
JOHNSON & BELL, LTD.
33 W. Monroe Street, #2700
Chicago, Illinois 60603
312/372-0770