IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 07 C 1154<br>) |
| v. | ) Magistrate Judge Gorman<br>) |
| AUTOZONE, INC. | )<br>) |
| Defendant. | )<br>)<br>) |

## MOTION IN LIMINE - #6

### AUTOZONE'S MOTION TO BAR OPINION TESTIMONY BY LAY WITNESSES

NOW COMES Defendant, AUTOZONE, INC., by and through its attorneys, Joseph F. Spitzzeri and Christopher J. Carlos of JOHNSON & BELL, LTD., and hereby moves this Honorable Court for the entry of an Order, *in limine*, prohibiting the Plaintiff and its counsel as well as all other lay witnesses to this lawsuit, from offering any testimony, remarks, questions, items of evidence, arguments, or implications based on scientific, technical or other specialized knowledge within the scope of Rule 702.

If a witness is not testifying as an expert, testimony based on scientific, technical other specialized knowledge within the scope of Rule 702 is prohibited. Fed. R. Evid. 701. In order to express an opinion, the witness must possess some experience or expertise beyond that of the average, randomly selected adult. *Industrial Hard Chrome, Ltd. v. Hetran, Inc.*, 92 F. Supp. 2d 786, 791 (N.D. Ill. 2000).

Neither JOHN SHEPHERD nor his wife, SUSAN SHEPHERD, has any specialized knowledge, skill, experience, training or education in medicine. Allowing

either of them to offer testimony diagnosing plaintiff's medical condition at any time relevant to this proceeding would fly in the face of the Federal Rules of Procedure and constitute an unfair prejudice to AutoZone. *See* Fed. R. Evid. 702.

WHEREFORE, Defendant, AutoZone, Inc., respectfully requests this Court for the entry of an Order, *in limine*, prohibiting the Plaintiff, its counsel and all other lay witnesses to this lawsuit, from offering any testimony, remarks, questions, items of evidence, arguments, or implications based on scientific, technical or other specialized knowledge within the scope of Rule 702.

By: /s/ Joseph F. Spitzzeri
Attorneys for AutoZone, Inc.

Joseph F. Spitzzeri
Christopher J. Carlos
JOHNSON & BELL, LTD.
33 W. Monroe Street, #2700
Chicago, Illinois 60603
312/372-0770