E-FILED
Friday, 15 April, 2011 07:14:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AUTOZONE, INC., <br><br> Defendant. | Civil Action No.: 07 C 1154 <br><br> JURY TRIAL DEMANDED <br><br> EQUITABLE RELIEF SOUGHT |

## CERTIFICATE OF SERVICE

To:   Justin Mulaire – Trial Attorney
      Equal Employment Opportunity Commission
      500 W. Madison Street, Suite 2000
      Chicago, IL  60661
      justin.mulaire@eeoc.gov

I hereby certify that on April 15, 2011, I caused a copy of **Autozone's Motions In Limine #1-14**, to be served upon counsel for the Equal Employment Opportunity Commission, via the court's Electronic Case Filing system pursuant to this court's Local Rule 5.3.

/s/Joseph Spitzzeri
One of the Attorneys for Attorney for Autozone, Inc.

Joseph F. Spitzzeri-ARDC#6184520
Christopher J. Carlos
Attorney for Autozone, Inc.
Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL  60603
Telephone:  312/372-0770