**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07 C 1154 |
| v. | ) ) | Magistrate Judge Gorman |
| AUTOZONE, INC. | ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION

   Plaintiff United States Equal Employment Opportunity Commission ("EEOC") and Defendant Autozone, Inc. ("Autozone") stipulate that:

1) The EEOC hereby waives its claim for compensatory damages for the period January 1, 2004 to the present;  and

2) If Autozone is found to be liable for the reasonable accommodation claim in this action that is currently set for trial on June 1, 2011 ("pending claim"), and if Autozone is found to be liable for an award of backpay in connection with that claim, then:

   a)  the parties hereby agree that the amount of backpay for which Autozone shall be liable will be $115,000;  and

   b)  the parties hereby waive any and all arguments that the amount of backpay for which Autozone will be liable should be more or less than $115,000.

   This stipulation shall not be construed as a waiver of Autozone's right to contest liability for the pending claim.  If Autozone is found liable for the pending claim, this stipulation shall not be construed as a waiver of Autozone's right to argue that the EEOC (and John Shepherd) are not entitled to an award of backpay in connection with the pending claim.  This stipulation shall not be construed as a waiver by the EEOC of any factual or legal contention in favor of finding Autozone liable for the pending claim and liable for backpay, except as to the amount of such liability for backpay.  This stipulation is not a waiver by the EEOC of its claim for compensatory damages for any period prior to January 1, 2004, for punitive damages for any period, or for any claim that is not part of this action or which accrues after the date of this Stipulation.  This stipulation shall have no effect unless signed by both parties.


  s/ Justin Mulaire                          

Justin Mulaire
Trial Attorney
U.S. Equal Employment Opportunity Commission
131 M St. N.E.
Washington, D.C.  20507

DATE:    4/15/11         

   s/ Joseph F. Spitzzeri                   

Joseph F. Spitzzeri
Counsel to Autozone, Inc.
Johnson & Bell, Ltd.
33 W. Monroe St., Ste. 2700
Chicago, IL  60603

DATE:   4/15/11