IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 07 C 1154 |
| v. | )<br>) Magistrate Judge Gorman |
| AUTOZONE, INC. | )<br>)<br>) |
| Defendant. | )<br>) |

### EEOC MOTION IN LIMINE # 6

### MOTION TO EXCLUDE CRIMINAL CONVICTION

The EEOC moves that no reference be made or evidence be introduced at trial concerning John Shepherd's conviction for burglary more than ten years ago.

The Federal Rules of Evidence provide that evidence of a conviction is generally not admissible if more than ten years has elapsed from the date of the conviction or the release of a witness from confinement, unless good cause is shown that the conviction has probative value that outweighs its prejudicial effect. See F.R.E. 609(b).

The parties agree that this conviction is within the general prohibition of Rule 609(b) and that no exception exists that would make the conviction admissible. The conviction has no probative value in this action and would be prejudicial.

Autozone consents to this motion.

April 15, 2011

Respectfully submitted,

s/ Justin Mulaire
Trial Attorney
U.S. Equal Employment Opportunity Commission
131 M St. NE
Washington, DC 20507
202-663-4741
bar ID number: 4311031