IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07 C 1154 |
| v. | ) ) | Magistrate Judge Gorman |
| AUTOZONE, INC. | ) ) ) | |
| Defendant. | ) ) | |

### Certificate of Service

I hereby certify that on April 15, 2011, I caused a copy of the PLAINTIFF EEOC'S MOTION IN LIMINE NOS. 1-6 and a STIPULATION of the parties dated April 15, 2011, to be served upon counsel to Defendant Autozone, Inc., via the court's Electronic Case Filing system, pursuant to this court's Local Rule 5.3.

April 15, 2011

Respectfully submitted,

s/ Justin Mulaire_____
Trial Attorney
U.S. Equal Employment Opportunity Commission
500 W. Madison St., Ste. 2000
Chicago, IL  60661
312-353-7722
bar ID number:  4311031