**E-FILED**
Monday, 18 April, 2011  05:03:12 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | Civil Action No. 07 C 1154 |
| v. | ) ) | Magistrate Judge Gorman |
| **AUTOZONE, INC.** | ) ) ) | |
| **Defendant.** | ) ) | |

## Certificate of Service

     I hereby certify that on April 18, 2011, I caused a copy of the PLAINTIFF EEOC'S MOTION IN LIMINE NOS. 1-6 to be served upon counsel to Defendant Autozone, Inc., via the court's Electronic Case Filing system, pursuant to this court's Local Rule 5.3.

April 18, 2011

Respectfully submitted,

s/ Justin Mulaire_____
Trial Attorney
U.S. Equal Employment Opportunity Commission
500 W. Madison St., Ste. 2000
Chicago, IL  60661
312-353-7722
bar ID number:  4311031