VERDICT FORM

The following questions all concern the period March 2003 to September 12, 2003:

1) Did John P. Shepherd have a disability during this period?

   Check Yes or No    Yes  X    No ____

   If you answered 'Yes', answer Question 2. Otherwise, sign and return this verdict form.

2) Was John Shepherd qualified to perform his job during this period?

   Check Yes or No    Yes  X    No ____

   If you answered 'Yes', answer Question 3. Otherwise, sign and return this verdict form.

3) During or before this period, did AutoZone become aware that John Shepherd needed an accommodation?

   Check Yes or No    Yes  X    No ____

   If you answered 'Yes', answer Question 4. Otherwise, sign and return this verdict form.

(4) When AutoZone became aware that John Shepherd needed an accommodation to perform his job, did AutoZone know that he was disabled?

   Check Yes or No    Yes  X    No ____

   If you answered 'Yes', answer Question 5. Otherwise, sign and return this verdict form.

5) Did AutoZone fail to provide John Shepherd with a reasonable accommodation?

   Check Yes or No    Yes  X    No ____

   If you answered 'Yes', answer Question 6. Otherwise, sign and return this verdict form.

6) Did John Shepherd suffer physical, emotional and/or mental pain during this period as a result of AutoZone's failure to provide him with a reasonable accommodation?

   Check Yes or No    Yes  X    No ____

   If you answered 'Yes', answer Question 7. Otherwise, sign and return this verdict form.

FILED
JUN 03 2011
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

7)  What amount will fairly compensate John Shepherd for the physical, emotional and/or mental pain he experienced during this period as a result of AutoZone's failure to provide him with a reasonable accommodation?

    Answer  $ 100,000.00

    If you answered 'Yes', answer Question 8. Otherwise, sign and return this verdict form.

8)  Did AutoZone act with reckless disregard of John Shepherd's rights under the ADA when it failed to provide him with a reasonable accommodation?

    Check Yes or No    Yes  X    No ____

    If you answered 'Yes', answer Question 9. Otherwise, sign and return this verdict form.

9)  What amount will be sufficient to punish AutoZone for its conduct and to serve as an example or warning to AutoZone and others not to engage in similar conduct in the future?

    Answer  $ 500,000

Sign, date, and return this verdict form.

Dated this 3rd day of June 2011.

Juror #1: s/Juror   6-3-11
Juror #2: s/Juror   -3-11
Juror #3: s/Juror   6/3/11
Juror #4: s/Juror   6-3-11
Juror #5: s/Juror   6/3/11
Juror #6: s/Juror   6/3/11
Juror #7: s/Juror   6/3/11
Juror #8: s/Juror   foreman 6/3/11