Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
NOV 8 2011
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States Equal Employment Opportunity Commission )<br>)<br>)<br>vs. )<br>)<br>)<br>Autozone Inc )  | Case Number: **07-1154** |

## AMENDED JUDGMENT IN A CIVIL CASE

**JURY VERDICT.** Part of this action came before the Court for a trial by jury. The issues have been tried, and the jury rendered its verdict on 9/30/09 in favor of AutoZone Inc. and against the United States Equal Employment Opportunity Commission ("EEOC"). On 12/15/09, costs were taxed in favor of AutoZone; taxation of costs in favor of AutoZone was vacated pursuant to Order dated 11/8/11.

**COURT ORDER**: Part of this action came before the court on a motion for summary judgment, which was granted in part by Order dated 6/16/09 and amended on 9/24/09. The portion of the case as to which that Order granted judgment in favor of AutoZone Inc. was reversed by the Seventh Circuit's opinion dated 2/22/11.

**JURY VERDICT:** The portion of the case reversed by the Seventh Circuit came before this Court for a trial by jury. The issues have been tried, and the jury rendered its verdict on 6/3/11 in favor of Plaintiff EEOC and against AutoZone Inc. in the amount of $100,000 compensatory damages and $500,000 in punitive damages. Pursuant to Order of 11/8/11, (1) punitive damages were remitted to $200,000; (2) back pay is awarded in favor of EEOC in the amount of $115,000 for the lost back pay of John Shepherd; and (3) EEOC's costs are taxed against AutoZone Inc. in the amount of $9,045.18. An injunction, the terms of which are set forth in the 11/8/11 Order, also is entered against AutoZone Inc.

**IT IS ORDERED AND ADJUDGED**

Dated:  11 / 8 / 11

s/ Pamela E. Robinson
Pamela E. Robinson
Clerk, U.S. District Court